IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                 :    CHAPTER 13
    Mark A. Blasick                          :    NO. 18-14750
                                                       :
        (DEBTORS)                            :

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(6), 1325 (a) (8) AND (a)(9)

I, Thomas W. Fleckenstein, Esq., upon my oath according to law, hereby certify as follows in connection with the confirmation hearing in the above-referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certificate will be provided to the standing trustee to any subsequent confirmation hearing date.

5. If this Certification is being signed by Counsel for Debtor(s), counsel certifies that the Debtor(s) was/were duly questioned abut the statements in this Certification and supplied answers consistent with this Certification.

Date:____9/26/2018_____    By:_____
                              Thomas W. Fleckenstein,
                              Attorney for the Debtor(s)